## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MANUEL J. SAMALOT-MARTINEZ** | CIVIL NO. 23-1514 |
| PLAINTIFF | |
| VS. | TORT CIVIL ACTION, MARITIME PERSONAL INJURY |
| **NORWEGIAN CRUISE LINE HOLDINGS, LTD; NCL (BAHAMAS) LTD.; INSURANCE COMPANY XYZ; COMPANY ABC; JOHN & JANE DOE.** | TRIAL BY JURY DEMANDED |
| DEFENDANTS | |

**INFORMATIVE MOTION REGARDING CONSENT TO TRANSFER VENUE IN RESPONSE TO MOTION TO DISMISS OR TO TRANSFER VENUE AND MOTION REQUESTING ORDER TO TRANSFER VENUE**

**TO THE HONORABLE COURT:**

**COMES NOW, Manuel J. Samalot-Martinez** ("Plaintiff"), through the undersigned attorney and very respectfully states, alleges and prays as follows:

1. On December 6th, 2023, Norwegian Cruise Line Holdings, Ltd. and NCL (Bahamas) Ltd. (jointly "NCL" and/or "Defendants") filed their Motion to Dismiss or to Transfer Venue. (See Docket 9).

2. After meeting and conferring with the Plaintiff to discuss the Motion to Dismiss or to Transfer Venue, the Plaintiff has agreed to consent to the transfer of venue to the United States District Court for the Southern District of Florida.

3. Therefore, the Plaintiff informs this Court that in response to Defendants' Motion to Dismiss or to Transfer Venue, the Plaintiff consents to the transfer of venue and requests this Honorable Court to issue an order transferring the case at bar to the United States District Court

for the Southern District of Florida.

**WHEREFORE**, it is respectfully requested from this Honorable Court to 1) **NOTE** this Informative Motion regarding Consent to the Transfer of Venue in response to the Motion to Dismiss or to Transfer Venue, 2) **GRANT** this Motion Requesting Order to Transfer the case at bar to the United States District Court for the Southern District of Florida, and 3) **ISSUE** any other Order it deems just.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED**: In San Juan, Puerto Rico, on December 27th, 2023.

**ATTORNEY FOR PLAINTIFF**

*/S/VICTOR M. RIVERA-RIOS*
VICTOR M. RIVERA-RIOS
USDC BAR NUMBER 301202
1420 FERNANDEZ JUNCOS AVE
SAN JUAN, PR 00909
Telephone: (787) 727-5710
Mobile: (787) 565-3477
Facsimile: (787) 268-1835
E-Mail: victorriverarios@rcrtrblaw.com
E-Mail: info.vrr@rcrtrblaw.com